UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHNATHAN W. HANKINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-525-JPH-DLP |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,[1] | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY FEES**

On June 22, 2021, Plaintiff filed a motion seeking $7,310 in attorney fees and $400 in costs under the Equal Access to Justice Act ("EAJA"). Dkt. 15. On June 29, 2021, the parties filed a joint motion to award Plaintiff $7,120 in attorney fees. Dkt. 17. The parties then filed an amended joint motion on the same day to award Plaintiff $7,120 in attorney fees and $400 in costs under the EAJA, 28 U.S.C. § 2412(d). Dkt. 18.

For the reasons in the amended joint motion, the Court **GRANTS** the that motion, dkt. [18], and awards $7,120 in attorney fees and $400 in costs under the EAJA. Any fees paid belong to Mr. Hankins and not his attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United

---

[1] Under Federal Rule of Civil Procedure 25(d), after the removal of Andrew M. Saul from his office as Commissioner of the SSA on July 9, 2021, Kilolo Kijakazi automatically became the Defendant in this case when she was named as the Acting Commissioner of the SSA.

1

States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). The other motions, dkt. [15] and dkt. [17], are **DENIED as superseded**.

**SO ORDERED.**

Date: 7/15/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Kirsten Elaine Wold
HANKEY LAW OFFICE
kew@hankeylaw.com